UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  
JAMES W. BARCH, SR.  
CHERYL L. BARCH  

CHAPTER 13

CASE NO. 11-84215

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Old Republic Insurance Co.          **Court claim #:** 5

**Last four digits** of any number used to identify the debtor's account: 3751

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $686.53 (Per Signed Order Amending Confirmation) |
| Amount Paid by Trustee | $686.53 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/2/2016

/s/Lydia S. Meyer  
Lydia S. Meyer, Trustee  
308 W. State St., Suite 212  
Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 2ND Day of June, 2016.

Dated:  6/2/2016               /s/Cynthia K. Burnard

OLD REPUBLIC INSURANCE CO
OLD REPUBLIC EQUITY CREDIT SERVICES INC
307 N MICHIGAN AVE, 15TH FLOOR
CHICAGO, IL 60601-6405

BANK OF AMERICA
450 AMERICAN STREET
SIMI VALLEY, CA  93065

DEAN PROBER
C/O PROBER & RAPHAEL, A LAW CORP.
20750 VENTURA BLVD STE. 100
WOODLAND HILLS, CA  91364

JAMES W. BARCH, SR.
CHERYL L. BARCH
6801 ROSE AVE.
CRYSTAL LAKE, IL  60014

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603